```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 07923
   MARCELLA SUERO
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

            Debtor
   SSN XXX-XX-6946


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/07/05 and confirmed on 07/22/05.

    2.  The case was dismissed after confirmation, 01/11/2008.

    3.  The Debtor paid a total of $  12614.70 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME            CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
LITTON LOAN SERVICING IN CURRENT MORTG         .00           .00            .00
FORD MOTOR CREDIT CO     SECURED               .00           .00            .00
HINSDALE BANK & TRUST    UNSECURED - C     2586.20           .00         2586.20
ANDERSON FINANCIAL NETWO UNSECURED       NOT FILED           .00            .00
BLITT & GAINES           UNSECURED       NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC UNSECURED         2282.44           .00         1384.73
CAPITAL ONE FINANCIAL    UNSECURED         1317.35           .00          808.94
BLITT & GAINES           UNSECURED         5949.02           .00         3607.46
CCA                      UNSECURED       NOT FILED           .00            .00
CROSS COUNTRY BANK       UNSECURED       NOT FILED           .00            .00
ROUNDUP FUNDING LLC      UNSECURED         1203.12           .00          731.92
PREMIER BANKCARD/CHARTER UNSECURED          986.65           .00          598.55
JC PENNEY CO             UNSECURED       NOT FILED           .00            .00
HSBC                     UNSECURED       NOT FILED           .00            .00
JP RECOVERY SERVICES     UNSECURED          667.01           .00          404.65
JEFFERSON CAPITAL SYSTEM UNSECURED         1148.40           .00          696.82
SHERMAN ACQUISITION      UNSECURED       NOT FILED           .00            .00
TRAVNER COHEN & THOMAS   UNSECURED       NOT FILED           .00            .00
US DEPARTMENT OF EDUCATI UNSECURED         1247.92           .00          758.40
VALENTINE & KEBARTAS     UNSECURED       NOT FILED           .00            .00
------------------------------------------------------------------------------
CREDITOR NAME            CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
VAN RU CREDIT            UNSECURED       NOT FILED           .00            .00
JOHN ELLSWORTH ESQ       REIMBURSEMENT       26.00           .00           26.00
FORD MOTOR CREDIT CO     UNSECURED             .00           .00            .00
         Summary of disbursements:
------------------------------------------------------------------------------
                       SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED              .00         26.00      14801.91       2586.20      17414.11
PRINCIPAL PAID                  .00         26.00       8991.47       2586.20      11603.67
INTEREST PAID                   .00           .00            .00           .00           .00
TOTAL PAID                      .00         26.00       8991.47       2586.20      11603.67
```

The Debtor's attorney, JOHN ELLSWORTH ESQ               , was allowed $          .00
and was paid $        .00 .

The Trustee received $    511.03 .

Refunds to the Debtor totaled $    500.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 04/11/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE